UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROOSEVELT REED,

        Petitioner,

v.

RON HAYNES,

        Respondent.

Case No. C17-1859-RAJ

ORDER DENYING AMENDED PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is adopted.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. 25) is DENIED, and the petition and this action are DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 4th day of December, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2